[No. 10718-6-I. Division One. June 6, 1984.]

CAPITAL SAVINGS AND LOAN ASSOCIATION, *Plaintiff,* v. JEFFREY L. KAHN, ET AL, *Defendants,* PAUL E. KRUG, ET AL, *Appellants,* ELIZABETH SCANLAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 859321, Shannon Wetherall, J., entered August 5, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Durham, C.J., and Scholfield, J.

[No. 10934-1-I. Division One. June 6, 1984.]

FARMER CONSTRUCTION, LTD., *Respondent,* v. POLYFORM U.S., LTD., ET AL, *Respondents,* SQUARE D COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-06209-3, Norman W. Quinn, J., entered October 9, 1981. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams, J., and Johnsen, J. Pro Tem.

[No. 12957-1-I. Division One. June 6, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. TONY LAVAE MATHEWS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-00780-0, James J. Dore, J., entered February 23, 1983. *Dismissed* by unpublished per curiam opinion.